IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR120 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD DECORA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's request for early termination of supervised release. The attorneys and the defendant and the government have not objected to this request, nor has defendant's probation officer. Accordingly,

IT IS ORDERED that the defendant is discharged from supervision and this case is closed.

DATED this 29th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge